

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00172-CR

**TITA YVETTE EASLEY,**

                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                        **Appellee**

---

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2012-555-C2

---

## MEMORANDUM OPINION

---

A jury found Appellant Tita Yvette Easley guilty of aggravated assault with a deadly weapon and injury to a child and assessed her punishment, enhanced by previous felony convictions, at life imprisonment for each offense, to run concurrently. Easley appealed.

Easley's appointed appellate counsel has filed a motion to withdraw and an *Anders* brief, asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396,

18 L.Ed.2d 493 (1967).  Although informed of her right to do so, Easley did not file a *pro se* response to the *Anders* brief.

In an *Anders* case, we must, "after a full examination of all the proceedings, … decide whether the case is wholly frivolous."  *Id.* at 744, 87 S.Ct. at 1400; *accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991).  An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact."  *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n.10, 108 S.Ct. 1895, 1902 n.10, 100 L.Ed.2d 440 (1988).  We have conducted an independent review of the record, and because we find this appeal to be wholly frivolous, we affirm the judgment.

We grant appointed counsel's motion to withdraw from representation of Easley. Notwithstanding this grant, appointed counsel **must** send Easley a copy of our decision, notify her of her right to file a *pro se* petition for discretionary review, and send this Court a letter certifying counsel's compliance with Texas Rule of Appellate Procedure 48.4.  TEX. R. APP. P. 48.4; *see also Ex parte Owens*, 206 S.W.3d 670, 673-74 (Tex. Crim. App. 2006).

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Affirmed
Opinion delivered and filed November 14, 2013
Do not publish
[CRPM]